UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA      :
                                          -against-      :    21 Cr. 713 (LGS)
                                                        :    SCHEDULING ORDER
    NORMAN GRAY,
                                     Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS the parties filed a letter dated December 6, 2021, stipulating to (i) dates for production of Rule 16 discovery, including discovery not currently in the Government's possession; (ii) three proposed dates for a pretrial conference and (iii) an application to exclude time. (Dkt. No. 12)  It is hereby

        **ORDERED** that the stipulated dates are approved in part.  The Government shall produce any Rule 16 discovery by **December 31, 2021**, and produce any additional discovery on a rolling basis.  It is further

        **ORDERED** that the parties shall file joint status letters on **January 31, 2022**, and **February 28, 2022**, updating the Court on the status of any outstanding discovery.  It is further

        **ORDERED** that Defendant's motion(s), if any, shall be filed by **March 25, 2022**.  The Government's response, if any, shall be filed by **April 15, 2022**.  Defendants' reply, if any, shall be filed by **April 25, 2022**.  It is further

        **ORDERED** that the parties shall appear for a status conference on **May 2, 2022, at 10:30a.m**.  It is further

        **ORDERED** the parties may renew their application to exclude time through the May 2, 2022, conference date.

The parties are warned that any discussions regarding the possible disposition of this matter will not stay the aforementioned schedule.

Dated: December 7, 2021
      New York, New York

                                                   LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE