

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2021

> Application Granted. For the reasons stated below, the Court finds that the ends of justice served by excluding the time between today and May 2, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and May 2, 2022, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 14.
> Dated: December 15, 2021
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**BY EMAIL & ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Norman Gray,*
             **21 Cr. 713 (LGS)**

Dear Judge Schofield:

    Pursuant to the Court's Order dated December 8, 2021, the Government writes respectfully to request an exclusion of time from today through May 2, 2022, the date of the next scheduled conference in this matter.[1] The Government submits that an exclusion of time is in the interest of justice in that it will permit the Government to produce discovery to the defendant and provide him with sufficient time to review the Government's discovery productions and assess what motions, if any, he will make. The parties also intend to discuss a potential pre-trial resolution of this matter. *See* 18 U.S.C. § 3161(h)(7)(A). The defendant consents to this request.

                              Respectfully submitted,
                              DAMIAN WILLIAMS
                              United States Attorney

By:   *[signature]*

        Benjamin A. Gianforti
        Tara LaMorte
        Assistant United States Attorneys
        (21) 637-2490 / 1041

Cc: Megan Wall-Wolff, Esq. (by electronic mail & ECF)

---

[1] Magistrate Judge Freeman has already excluded time through December 14, 2022.