UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                     -against-                     21 Cr. 713 (LGS)

   NORMAN GRAY,                     ORDER

                              Defendant,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the status conference currently scheduled for May 2, 2022, at 10:30 a.m., is adjourned to **July 11, 2022, at 10:30 a.m.**

Dated: April 25, 2022
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**