WALL-WOLFF LLC

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
_____

TEL. (212) 920-0257
mwallwolff@wallwolff.com

_____

May 23, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Application Granted.  Defendant's conditions of release are hereby
modified to remove the condition of curfew and to authorize travel
to the Districts of Massachusetts and  Rhode Island.  All other
conditions of release shall remain in effect.  The Clerk of the Court
is directed to terminate the letter motion at docket number 29.

Dated: May 25, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Norman Gray,* 21 CR 713 (LGS)

Dear Judge Schofield:

I represent Norman Gray in the above-captioned case. With the consent of the
government and Pretrial Services, I write to request a modification of certain conditions of Mr.
Gray's pretrial release.

The original conditions of Mr. Gray's pretrial release included: (1) a $250,000 personal
recognizance bond co-signed by two financially responsible persons and secured by Mr. Gray's
residence and $50,000 in cash; (2) supervision by Pretrial Services; (3) home detention with
location monitoring as directed by Pretrial Services; (4) passport surrender with no new
applications for international travel documents; (5) travel restricted to the Southern and Eastern
Districts of New York and the District of Connecticut; (6) no contact with victims, witnesses, or
alleged co-conspirators; (7) no opening of any new bank accounts, credit cards, or lines of credit
without the approval of Pretrial Services; (8) no solicitation of money from non-family members;
and (9) no participation in any capital raises by his biotech company. On December 22, 2021, the
Court modified Mr. Gray's pretrial release conditions to remove home detention and place him
on a curfew with GPS monitoring.

Mr. Gray has been fully compliant with all conditions since he was released on bail. Due
to the nature of Mr. Gray's work schedule, laboratory work, and frequent travel requirements to
certain neighboring districts for employment purposes, I respectfully request that his conditions
of release be modified to remove the curfew and to add the District of Massachusetts and District

Hon. Lorna G. Schofield
Page 2


of Rhode Island to his authorized districts of travel. All other conditions would remain the same, and any travel would be approved by his supervising officer. The parties agree that such a modification would allow Mr. Gray to meet his work responsibilities while still remaining within the supervision of Pretrial Services.

       Thank you very much for your consideration of this request.


       Respectfully submitted,

       /s/ Megan Wall-Wolff
       Megan Wall-Wolff

       *Attorney for Norman Gray*


CC:    AUSA Ben Gianforte
       AUSA Tara LaMorte