```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :   21 Cr. 713 (LGS)
                    -against-                                :
                                                             :   ORDER
   NORMAN GRAY,                                              :
                                        Defendant,           :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference currently scheduled for July 26, 2022, is adjourned to **August 29, 2022, at 10:30 a.m.**

Dated: July 26, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**