```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              : ~~Proposed~~ **Order Excluding**
                                      : **Time**
                                      :
                                      :
     v.                               : 21 Cr. 713 (LGS)
                                      :
Norman Gray,                          :
                                      :
     Defendants.                      :
                                      :
- - - - - - - - - - - - - - - - - - - x
```

The Court has received a request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorney Benjamin A. Gianforti, requesting that the time period from July 28, 2022 through and including August 29, 2022, the date of the parties' next appearance before the Court, be excluded from the computation of the time period within which trial of the charges against defendant Norman Gray must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government seeks the exclusion of the foregoing period in the interest of justice because it will afford the Government time to collect and produce additional discovery and counsel time to review that discovery and contemplate potential motion practice.  Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the time between July 28, 2022, and August 29, 2022, be excluded from the computation of the time period within

which trial of the charges against defendant Norman Gray must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

Dated: New York, NY
July 28, 2022

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE