UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                       21 Cr. 713 (LGS)
                 -against-

                                                      <u>SCHEDULING ORDER</u>
   NORMAN GRAY,
                              Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a status conference was held on August 29, 2022. It is hereby

       **ORDERED** that by **September 13, 2022**, the parties shall file a joint letter proposing next steps based on the ongoing production of any Vanessa Biotech discovery and any potential motions related to this discovery. It is further

       **ORDERED** that the parties shall appear for a status conference on **October 24, 2022, at 10:30 a.m**. It is further,

       **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between August 29, 2022, until October 24, 2022, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A). The time between August 29, 2022, and October 24, 2022, is hereby excluded.

Dated: August 30, 2022
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE