UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                      -against-                    21 Cr. 713 (LGS)

                                              SCHEDULING ORDER

   NORMAN GRAY,
                               Defendant,
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a status conference was held on October 24, 2022. It is hereby

      **ORDERED** that by **January 24, 2023,** the parties shall file a joint letter proposing next steps based their review of discovery and any potential motions related to this discovery. It is further

      **ORDERED** that the parties shall appear for a status conference on **January 30, 2023, at 10:30 a.m**. It is further,

      **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today until January 30, 2023, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A). The time between today and January 30, 2023, is hereby excluded.

Dated: October 24, 2022
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                   **UNITED STATES DISTRICT JUDGE**