# WALL-WOLFF LLC
299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
_____

TEL. (212) 920-0257
mwallwolff@wallwolff.com

---

October 28, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

  **Re:** *United States v. Norman Gray,* 21 CR 713 (LGS)

Dear Judge Schofield:

  I represent Norman Gray in the above-captioned case. With the consent of the government and Pretrial Services, I write to request that Mr. Gray be permitted to travel to visit his children and grandchildren over the Thanksgiving holiday.

  The original conditions of Mr. Gray's pretrial release included: (1) a $250,000 personal recognizance bond co-signed by two financially responsible persons and secured by Mr. Gray's residence and $50,000 in cash; (2) supervision by Pretrial Services; (3) home detention with location monitoring as directed by Pretrial Services; (4) passport surrender with no new applications for international travel documents; (5) travel restricted to the Southern and Eastern Districts of New York and the District of Connecticut; (6) no contact with victims, witnesses, or alleged co-conspirators; (7) no opening of any new bank accounts, credit cards, or lines of credit without the approval of Pretrial Services; (8) no solicitation of money from non-family members; and (9) no participation in any capital raises by his biotech company. On December 22, 2021, the Court modified Mr. Gray's pretrial release conditions to remove home detention and place him on a curfew with GPS monitoring. On May 25, 2022, the Court modified Mr. Gray's pretrial release conditions to add the District of Massachusetts and the District of Rhode Island to his authorized districts of travel for work purposes. On September 29, 2022, the Court modified Mr. Gray's pretrial release conditions to allow him to travel throughout the United States for work purposes.

Hon. Lorna G. Schofield
Page 2

      Mr. Gray has been fully compliant with all of his conditions since he was released on bail. Pursuant to the Court's direction at the status conference held in this matter on October 24, 2022, I respectfully request that Mr. Gray be permitted to travel to Broomfield, Colorado to visit his family over the Thanksgiving holiday. Based on the current availability of airline tickets, he would be traveling on November 18, 2022 and returning on December 2, 2022.

      Thank you very much for your consideration of this request.

      Respectfully submitted,

/s/ Megan Wall-Wolff
Megan Wall-Wolff

*Attorney for Norman Gray*

CC:    AUSA Ben Gianforti

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 49.

Dated: October 31, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE