```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            : ~~Proposed~~ Order Excluding
                                    : Time
                                    :
                                    :
    v.                              : 21 Cr. 713 (LGS)
                                    :
Norman Gray,                        :
                                    :
    Defendant.                      :
                                    :
- - - - - - - - - - - - - - - - - - x
```

The Court has received a request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorney Benjamin A. Gianforti, requesting that the time period from March 28, 2023 through and including April 3, 2023, the date of the parties' next appearance before the Court, be excluded from the computation of the time period within which trial of the charges against defendant Norman Gray must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government seeks the exclusion of the foregoing period in the interest of justice because it will afford the parties additional time to consider potential motion practice based on the Government's subpoena of Mr. Gray as a corporate custodian for Vanessa Biotech. Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the time between March 28, 2023, and April 3, 2023, be excluded from the computation of the time period within

which trial of the charges against defendant Norman Gray must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

The Clerk of the Court is directed to terminate the letter motion at docket number 61.

Dated: New York, NY
March 27, 2023

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE