UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      -against-

    NORMAN GRAY,
                                Defendant,
------------------------------------------------------------ X

21 Cr. 713 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the status conference currently scheduled for April 3, 2023, at 10:30 a.m., is adjourned to **April 3, 2023, at 5:00 p.m.** due to an ongoing jury trial.

Dated: March 31, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**