UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :   21 Cr. 713 (LGS)
                 -against-                                  :
                                                            :   ORDER
NORMAN GRAY,                                                :
                                          Defendant,        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Government timely filed its motion to compel.  It is hereby

**ORDERED** the Court's Order dated May 1, 2023 (Dkt. No. 65), is VACATED.

Dated: May 2, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**