UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :   21 Cr. 713 (LGS)
              -against-                                     :
                                                            :   **ORDER**
NORMAN GRAY,                                                :
                                          Defendant.        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 19, 2023, the Government filed a motion to compel Defendant Norman Gray to comply with a grand jury subpoena dated April 17, 2023, and issued to Gray as corporate custodian for Vanessa Biotech.

WHEREAS, this motion and all responses were filed under seal to preserve the traditional secrecy afforded grand jury proceedings. *See* Fed. R. Crim. P. 6(e)(6) ("Records, orders, and subpoenas relating to grand-jury proceedings must be kept under seal to the extent and as long as necessary to prevent the unauthorized disclosure of a matter occurring before a grand jury.").

WHEREAS, on June 7, 2023, the Court granted in part and denied without prejudice in part the Government's motion to compel. For the same reason discussed above, this opinion has been filed under seal. It is hereby

**ORDERED** that any letters the parties file in accordance with the opinion shall also be filed under seal.

Dated: June 7, 2023
       New York, New York

                                           _____
                                           **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**