UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

-v-

NORMAN GRAY,

Defendants.

21 Cr. 713 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This case was transferred today to this judge's docket. The Court looks forward to working with counsel on this matter.

The Court hereby schedules an in-person conference for Monday, February 26, 2024, at 2pm, to be held in courtroom 1305 of the Thurgood Marshall United States Courthouse, at 40 Centre Street in Manhattan. The purposes of the conference will to be familiarize the Court with the case and potentially to make minor adjustments to the pretrial schedule. For planning purposes, the Court's intention is to set a firm trial date in this case of Monday, May 20, 2024. That date is consistent with the present schedule, under which the parties had been ordered to be prepared to proceed to trial on 24 hours' notice on or after May 14, 2024. Dkt. 76.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: February 21, 2024
New York, New York