UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

NORMAN GRAY,

                Defendant.

------------------------------------------------------------------X

21-CR-713 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at yesterday's conference, the Court hereby maintains the schedule and deadlines set in the scheduling order of October 3, 2023 (Dkt. No. 76) and also sets the following schedule and deadlines:

- The Government's letter summarizing an anticipated superseding indictment shall be served, and if properly so filed, publicly filed by **March 7, 2024**.
- Any superseding indictment shall be filed by **March 18, 2024**.
- The Government's 404(b) letter shall be filed by **March 18, 2024**.
- The final pretrial conference remains scheduled for **April 30, 2024 at 11 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- Trial in this case is scheduled for **May 20, 2024 at 9 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated: February 27, 2024
      New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge