UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

NORMAN GRAY,

Defendant.

21-CR-713 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from the defense to quash a subpoena and for the return of property. Dkt. 94. The Government's response is due **Friday, April 5, 2024**. The Court does not invite a reply.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 29, 2024
       New York, New York