UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

NORMAN GRAY,

Defendant.

21 Cr. 713 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Clerk of Court is requested to terminate the motions at Dkts. 95, 96, 107, and 112. The Court schedules a further pretrial conference for May 13, 2024 at 2 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 1, 2024
       New York, New York