UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>NORMAN GRAY,<br><br>                      Defendant. | 21-CR-713 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received defendant Norman Gray's renewed motion for the return of property pursuant to Federal Rule of Criminal Procedure 41(g). Dkt. 117. The Court directs the Government to respond to Gray's motion by 5 p.m. on May 10, 2024.

SO ORDERED.

                                                                      *Paul A. Engelmayer*
                                                                       Paul A. Engelmayer
                                                                       United States District Judge

Dated: May 9, 2024
       New York, New York

1