UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

NORMAN GRAY,

Defendant.

---

21-CR-713 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Clerk of Court is requested to terminate the motion pending at Dkt. 117. The Court schedules a further pretrial conference for May 17, 2024 at 11 a.m.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: May 13, 2024
New York, New York

1