UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
UNITED STATES OF AMERICA
: **ORDER**
- v. -
: S1 21 Cr. 713 (PAE)
NORMAN GRAY,
:
        Defendant.
:
------------------------------------ x

    PAUL A. ENGELMAYER, United States District Judge,

    Before the Court is the Government's request that the Court order the defendant and defense witness Daniel Vincz to produce certain documents prior to any remote deposition of Mr. Vincz, who is located in Cambodia, under Federal Rule of Criminal Procedure 15.

    IT IS ORDERED THAT Mr. Vincz produce at least 24 hours before his scheduled deposition:

> All electronic communications between Mr. Vincz and the defendant, Norman Gray, between January 1, 2020 through the present, including any e-mails, text messages, and WhatsApp messages.

    Defense counsel shall communicate the Court's requirement to Mr. Vincz. The Government shall inform the Court of any non-compliance with the Court's order 24-hours prior to Mr. Vincz's deposition. Mr. Vincz's failure to comply may result in the cancellation of his deposition or a ruling that his testimony is inadmissible.

    IT IS FURTHER ORDERED THAT counsel for the defendant shall produce to the Government all documents already received from Mr. Vincz and any witness statements for Mr. Vincz no later than May 18, 2024.

Dated: New York, New York
      May 17, 2024

SO ORDERED:

*Paul A. Engelmayer*
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE