UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
          -v-                                                       :      21-CR-713 (PAE)
                                                                        :
NORMAN GRAY,                                                            :         ORDER
                                                                        :
                   Defendant.                                       :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

       IT IS HEREBY ORDERED that the defendant is directed to surrender to the custody of the United States Marshals at 500 Pearl Street by 2 p.m. on Monday, June 3, 2024.  The Court instructs the Bureau of Prisons ("BOP") to house the defendant, pending his sentencing on September 12, 2024, at a facility other than the Metropolitan Detention Center, and directs the United States Attorney's Office to work with the BOP to arrange for such housing.

      SO ORDERED.

Dated: May 29, 2024
       New York, New York

                                                                                  PAUL A. ENGELMAYER
                                                                                  United States District Judge