UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :         21-CR-713 (PAE)
                                                                  :
NORMAN GRAY,                                                      :         ORDER
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations; and

- Exhibit 2: The jury's completed verdict forms.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 30, 2024
       New York, New York