UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-                                          21-CR-713 (PAE)

NORMAN GRAY,                                 ORDER

                Defendant.
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    Attached to this Order are the following Court Exhibits:

- Exhibit A: A note from a juror to the Court.

- Exhibit B: The draft jury charge as to the defendant's guilt, dated July 28, 2024, used at the charge conference.

- Exhibit C: The draft verdict form as to the defendant's guilt used at the charge conference.

- Exhibit D: The draft jury charge as to forfeiture, dated May 28, 2024, used at the charge conference.

- Exhibit E: The draft verdict form as to forfeiture used at the charge conference.

- Exhibit F: The jury charge, dated May 29, 2024.

- Exhibit G: The revised verdict form.

- Exhibit H: The witness list.

- Exhibit I: The redacted trial indictment.

- Exhibit J: The Government's exhibit list.

- Exhibit K: The defendant's exhibit list.

- Exhibit L: The jury charge as it relates to forfeiture.

- Exhibit M: The forfeiture verdict form.

- Exhibit N: The Government's PowerPoint presentation used during its closing argument.

- Exhibit O: The defendant's PowerPoint presentation used during its closing argument.

- Exhibit P: The Government's PowerPoint presentation used during its forfeiture argument.

SO ORDERED.

Dated: May 30, 2024
New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge