UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

NORMAN GRAY,

Defendant.

21-CR-713 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defense counsel proposing enhanced conditions of release for defendant Norman Gray which counsel contend establish by clear and convincing evidence that the defendant is neither a risk of flight nor a danger to the community. *See* Dkt. 142. The Court directs the Government to respond by letter, due **Sunday, June 2, 2024,** at **9 p.m.** The Court asks that the Government's letter, *inter alia*, (1) factually recount the defendant's prior criminal history, with greater specificity than captured in the transcript of the defendant's interview with immigration authorities that the Court was furnished in connection with the Government's post-verdict remand motion; and (2) set out the Government's views as to whether the package of conditions now proposed is sufficient to reasonably assure the defendant's appearance and that he will not present a danger to the community, with specific attention to whether the consequences to the identified co-signers were the defendant to breach these obligations are sufficient to reasonably assure his appearance and compliance with the law.

The Court will convene a bail review hearing **Monday, June 3, 2024**, at **10 a.m.**, in **Courtroom 1305** in the Thurgood Marshall United States Courthouse. The defendant is ordered to attend that hearing in person. For avoidance of doubt, the Court's order directing the

1

defendant to surrender to the United States Marshals at 2 p.m. that day remains in place, pending the outcome of the Monday hearing.

SO ORDERED.

_____<br>
PAUL A. ENGELMAYER<br>
United States District Judge

Dated: May 31, 2024
       New York, New York