UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>NORMAN GRAY,<br><br>Defendant. | 21-CR-713 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Consistent with its ruling from the bench this morning, the Court hereby orders that, at 11 am today, defendant Norman Gray be taken into custody in Courtroom 1305 of the Thurgood Marshall Courthouse and brought to the United States Marshals at 500 Pearl Street. Prior to 11am, Mr. Gray is to remain in the courtroom under the supervision of the Government's case agents.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 3, 2024
       New York, New York

1