UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-v-                                             21 Cr. 713 (PAE)

NORMAN GRAY,                                     ORDER

Defendant.

PAUL A. ENGELMAYER, District Judge:

The Probation Department has notified the Court by email that, as a result of consequential information first provided to Probation by the Government on Friday evening, July 19, 2024, which information the Probation Department represents has the capacity to substantially affect its calculation of the Sentencing Guidelines, the Probation Department needs additional time to prepare its draft report.  It proposes that the draft PSR be filed on August 16, 2024, and that, following objections and revisions to the report, the final PSR issue on September 13, 2024.  Such would require adjourning the current sentencing date, which is September 12, 2024.  The Probation Department reports that the Government opposes this amended schedule, although, if in fact new consequential information was first provided to the Probation Department this past Friday evening, it is difficult for the Court to see how an adjournment of the present schedule, including the sentencing date, would be avoidable.  The Court directs Government and defense counsel to confer promptly, and to set forth their views on the appropriate schedule through to sentencing, giving due deference to the assessment by the Probation Department of its needs in light of the new information provided.

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 22, 2024
       New York, New York