UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-v-

NORMAN GRAY,

Defendant.

21 Cr. 713 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received defendant Norman Gray's *pro se* request for reconsideration of this Court's remand order. Dkt. 170. The Court directs the Government to file a brief response by August 20, 2024. The Court does not invite a reply.

SO ORDERED.

*[signature]*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2024
       New York, New York