

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 14, 2024

**BY ECF & Email**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Norman Gray*,
            S1 21 Cr. 713 (PAE)

Dear Judge Engelmayer:

    The Government writes to request a one-week extension for its opposition to the above-referenced defendant's motion for a new trial, pursuant to Federal Rule of Criminal Procedure 33. Dkt. 168. The defense does not object.

    Following the defendant's conviction, the Court set a deadline for post-trial motions of July 12, 2024, with the Government's opposition to be filed three weeks later, on August 2, 2024. On June 28, 2024, the defendant sought, and the Court granted, a two-week extension for the filing of post-trial motions, with a corresponding three-week extension for the Government's opposition. Dkt. 151. The defendant's motion was timely filed on July 26, 2024. Dkt. 168. The Government's opposition is currently due August 16, 2024. The Government respectfully requests an extension until August 23, 2024.

    The parties also write jointly to follow up on the Court's July 29, 2024 scheduling order regarding sentencing, in which the Court stated that it would come back to the parties with proposed dates for a potential *Fatico* hearing, a pre-hearing letter identifying the issues to be heard at the hearing, and a sentencing date. Dkt. 169. The Court noted that the potential *Fatico* hearing

was likely to occur in the first half of October 2024, with sentencing likely to follow in the second week of November 2024.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By: _____
        Benjamin A. Gianforti
        Jessica Greenwood
        Vladislav Vainberg
        Assistant United States Attorneys
        (212) 637-1029 / 2490 / 1090

Cc: Martin Bell, Esq. & Mark Stein, Esq. (by ECF & e-mail)

The Court grants the application for a one-week extension of the due date for the Government's opposition to the defendant's motion for a new trial. The Court's deputy will contact counsel by email with respect to dates for a potential Fatico hearing and for sentencing. The Clerk of Court is requested to terminate the motion at Dkt. No. 174.

8/14/2024

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

2