UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

NORMAN GRAY,

Defendant.

21-CR-713 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed defendant Norman Gray's *pro se* motion for reconsideration of the Court's order remanding him after his conviction at trial, Dkt. 170, and the Government's letter response, Dkt. 177. Substantially for the reasons articulated by the Government in its letter and by the Court in ordering Gray's remand, the Court **denies** Gray's motion.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 3, 2024
New York, New York