```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :   21-CR-713 (PAE)
                                                                  :
NORMAN GRAY,                                                      :   SCHEDULING ORDER
                                                                  :
                        Defendant(s).                             :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, United States District Judge:

    The Court has confirmed the following hearing dates as available for counsel.

    It is hereby ORDERED that a *Fatico* hearing is scheduled in this matter for **November 7, 2024** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. The Court directs the Government, three days before the hearing, to supply the Court with an exhibit binder and a binder of 3500 material. The Court directs the parties, by the same day, to supply the Court with a joint letter previewing and setting out the parties' respective positions on the issues to be litigated at the Fatico hearing.

    It is hereby ORDERED that sentencing in this matter is scheduled for **November 25, 2024** at **10:45 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

    The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at http://nysd.uscourts.gov/judge/Engelmayer) for sentencing-related procedures and practices. Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be served one week in advance of the date set for sentencing. The parties

should provide the Court with one courtesy hard copy of each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

SO ORDERED.

Dated: October 15, 2024
      New York, New York

PAUL A. ENGELMAYER
United States District Judge