# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2310

E-mail Address
mstein@stblaw.com

BY ECF AND EMAIL

November 4, 2024

Re:  *United States v. Norman Gray*,
No. 21 Cr. 713 (PAE) (S.D.N.Y.)

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Engelmayer:

      Counsel to Defendant Norman Gray writes to respectfully request that the sentencing in the above-captioned matter presently scheduled for November 25, 2024 be adjourned to December 12, 2024, subject to the Court's availability. Mr. Gray makes this request to provide the parties with additional time to prepare their sentencing submissions in light of the recent adjournment of the upcoming *Fatico* hearing to November 18. The Government consents to and agrees with this adjournment request. An adjournment of sentencing in this matter has been previously requested once by the parties to account for the *Fatico* hearing; the Court granted that prior request.

Very truly yours,

*/s/ Mark J. Stein*
Mark J. Stein
Martin S. Bell
Conor Mercadante
Isabel R. Mattson

**GRANTED.** Sentencing is adjourned to December 12, 2024 at 2:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases.
The Clerk of Court is requested to terminate the motion at Dkt. No. 189.
SO ORDERED.

11/4/2024

_____
PAUL A. ENGELMAYER
United States District Judge