

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

December 13, 2024

**BY ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Norman Gray,*
              S1 21 Cr. 713 (PAE)

Dear Judge Engelmayer:

      The Government respectfully writes, with the consent of the defense, to briefly adjourn the defendant's sentencing from January 14, 2025 to the first week of February 2025. The reason for this request is to accommodate Ms. Pizziconi, who has urgent business abroad in January, and who wishes to attend the sentencing in person.

      The parties also request that their sentencing submission deadlines also be adjourned in accordance with the Court's rules, with the defense's submission due two weeks before the new sentencing date and the Government's submission due one week before the new date.

      Thank you for your consideration of this matter.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                              By: _____
                              Benjamin A. Gianforti
                              Vladislav Vainberg
                              Jessica Greenwood
                              Assistant United States Attorneys
                              (212) 637-1029 / 2490 / 1090

**GRANTED.** In light of the defense's consent, the Court adjourns the sentencing to **Monday, February 3, 2025,** at **2:00 p.m.**, and adjusts the due dates for the parties' sentencing submissions accordingly. Had the defense not consented to this request, the Court would have maintained the existing schedule. The Clerk of Court is requested to terminate the motion at Dkt. No. 197.

    SO ORDERED.          12/13/2024

    _____
           PAUL A. ENGELMAYER
           United States District Judge