UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>against<br><br>NORMAN GRAY,<br><br>Defendant. | No. 21 Cr. 713 (PAE)<br><br>[PROPOSED] ORDER PERMITTING THE DEFENDANT TO APPEAR FOR SENTENCING IN CIVILIAN CLOTHING AND WITHOUT RESTRAINTS |

Upon the application of the defendant, Norman Gray, by and through his attorneys, the Court hereby orders the Essex County Correctional Facility ("Essex County") to accept clothing for the defendant to use during his sentencing proceeding, which will take place on February 3, 2025. The Court now orders Essex County to accept one full set of clothing, including, but not limited to, an undershirt, a pair of socks, a pair of shoes, a dress shirt, suit pants, a suit jacket, a tie, and a sweater; and to permit such clothing to be made available to the defendant prior to the court date above. In addition, the Court shall permit the defendant to change into business attire prior to the appearance and appear before the court without restraints during the pendency of the

1

proceeding. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at Essex County.

SO ORDERED.

*Paul A. Engelmayer*

THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: January 16, 2025
New York, NY