

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

January 23, 2025

**BY ECF & EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Norman Gray*,
               S1 21 Cr. 713 (PAE)

Dear Judge Engelmayer:

      The Government respectfully writes, with the consent of the defense, to ask for an additional day to submit the Government's sentencing submission. The Government's current deadline is Monday, January 27, 2025.

      Thank you for your consideration of this matter.

                                        Respectfully submitted,

                                        DANIELLE SASSOON
                                        United States Attorney

By: _____
                                        Benjamin A. Gianforti
                                        Vladislav Vainberg
                                        Jessica Greenwood
                                        Assistant United States Attorneys
                                        (212) 637-1029 / 2490 / 1090

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 203.

                                                  1/24/2025
              SO ORDERED.

                                  _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge