UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

NORMAN GRAY,

Defendant.

21-CR-713 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

In light of the unexpected length of and range of issues covered by the Government's submission, which was first filed this morning, the Court requires an extra day to prepare for Mr. Gray's sentencing. Sentencing is rescheduled to **Tuesday, February 4, 2025, at 2 p.m.** The Court regrets any inconvenience presented by the one-day adjournment, but views it as necessary to assure an orderly review of the parties' sentencing submissions.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 29, 2025
 New York, New York