UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

NORMAN GRAY,

                    Defendant.

21-CR-713 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 2, 2025, the Court issued an order holding that the $50,000 currently on deposit in the Court's registry is properly applied to the restitution balance of defendant Norman Gray. Dkt. 237. Gray, *pro se*, has now filed a motion for reconsideration. Dkt. 238. The Court denies that motion as frivolous. The Clerk of Court is respectfully directed to terminate the motion pending at docket 238.

SO ORDERED.

                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: October 27, 2025
       New York, New York