RECEIVED
JAN 20
U.S. ...
SECOND ...

Norman Gray
LSCI-Allenwood
PO Box 1000
White Deer, PA 17887
January 13, 2026

By Certified Mail

Clerk of Court, Criminal Division
US District Court
40 Foley Square
New York, NY 10007

RE: Docket # 21-713 (PAE)

Dear Sir/Madam:

Please find enclosed for filing my pro se, Ex Parte Requested, Motion for Appointment of New Counsel and Time to Reconsider Restitution.

Should there be questions, please advise. Thank you.

Sincerely,

pc:  Motion

**DENIED.**

The Clerk of Court is requested to mail a copy of this order to the defendant at the address provided above.

1/30/2026

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge