UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>NORMAN GRAY,<br><br>Defendant. | 21-CR-713 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The victim in this case, Andrea Pizzicone, has filed a *pro se* motion for miscellaneous relief, asserting a superior interest to that of defendant Norman Gray in certain forfeited property. *See* Dkt. 245. The Court directs the Government to respond with its views. The Government's response is due **April 24, 2026**. Defendant Gray, whom the Court understands to be *pro se*, is at liberty to respond as well, by the same deadline, but is not required to do so. The Court directs the Clerk of Court to mail a copy of this order to Gray at the below address:

Norman Gray
#76383-509
LSCI-Allenwood
PO Box 1000
White Deer, PA 17887

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 7, 2026
New York, New York