

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

May 29, 2026

**BY ECF & EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

>    Re:    *United States v. Norman Gray*,
>           **S1 21 Cr. 713 (PAE)**

Dear Judge Engelmayer:

As ordered by the Court, the Government writes with an update regarding its negotiations with Ms. Andrea Pizziconi, the victim in this case, to resolve her claim for miscellaneous relief with respect to property forfeited in this case. The Government and Ms. Pizziconi have engaged in meaningful discussion since the time of the Government's prior letter and are continuing to work toward entry of a stipulation to resolve Ms. Pizziconi's motion without the need for litigation. With Ms. Pizziconi's consent, the Government respectfully proposes that it will submit a further status update by June 12, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ___/s/_____
     Jessica Greenwood
     Assistant United States Attorney
     (212) 637-1090

Cc: Martin Bell, Esq. & Mark Stein, Esq. (by ECF & e-mail)
Cc: Andrea Pizziconi (by e-mail)

**GRANTED.** The Clerk of Court is requested to terminate the motion a Dkt. No. 252.

5/29/2026
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge