Case 1:21-cr-00713-PAE Document 262-1 Filed 09/28/26 Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NORMAN GRAY,

Defendant.

**FINAL ORDER OF FORFEITURE**

S1 21 Cr. 713 (PAE)

WHEREAS, on or about February 20, 2025, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 212), which ordered the forfeiture to the United States of all right, title and interest of NORMAN GRAY (the "Defendant") in the following property:

a. The real property located at 15 Farmers Court, Cheshire, Connecticut 06410 (the "Real Property"); and

b. A Mercedes Benz Model GLA 250 W4 with VIN W1N4N4HB5MJ166829 (the "Vehicle")

(collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

Case 1:21-cr-00713-PAE Document 262-1 Filed 09/28/26 Page 2 of 4

WHEREAS, the provisions of Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the real property located at 15 Farmers Court, Cheshire, Connecticut 06410, is more accurately described as a certain piece or parcel of land situated in the Town of Cheshire, County of New Haven, State of Connecticut, shown as Lot# 2 on a map entitled, "Record Subdivision Map of Farm Meadows at Cook Hill, Prepared for A.M. Napolitano, LLC, Cook Hill Road, Cheshire, Connecticut" Scale 1"=60' Date 3/24/14, last revised 6/17/2015, prepared by Berkshire Engineering & Surveying, LLC and filed in the Cheshire Town Clerk's Office as Map #4509, reference thereto being had for a more particular description of said premises (the "Cheshire Property") and, together with the Vehicle, the "Subject Properties"));

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Subject Properties was posted on an official government internet site (www.forfeiture.gov) beginning on February 26, 2025, for thirty (30) consecutive days, through March 27, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court;

WHEREAS, in or about February 2026, the Government was advised of AmeriSave Mortgage Corporation ("AMC")'s claim of an interest in the Cheshire Property resulting from a mortgage and note filed against the Cheshire Property (the "Mortgage");

WHEREAS, on or about March 2, 2026, the Court entered a Stipulation and Order (D.E. 244) wherein the Government recognized AMC's Mortgage and agreed that upon the sale

Case 1:21-cr-00713-PAE Document 262-1 Filed 09/28/26 Page 3 of 4

of the Cheshire Property pursuant to a Final Order of Fortfiture, it would satisfy the outstanding balance on the Mortgage and AMC in return agreed not to contest the forfeiture of the Cheshire Property to the Government;

WHEREAS, on or about April 1, 2026, Andrea Pizziconi ("Pizziconi") filed a Petition asserting an interest in the Subject Properties pursuant to Title 21, United States Code, Section 853(n)(6) (the "Pizziconi Petition") (D.E. 245);

WHEREAS, on or about June 9, 2026, the Court entered a Stipulation and Order (D.E. 255) with Pizziconi recognizing her superior interest in (i) up to $143,109.38 of the value of the Cheshire Property, and (ii) up to $47,000 of the value of the Vehicle (together, the "Pizziconi Share"), and in return the Pizziconi agreed to to withdraw her Petition with respect to any interest in the Subject Properties in excess of the Pizziconi Share (the "Government's Share");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property, other than the Pizziconi Petition, have been filed;

WHEREAS, the Defendant, AMC, and Pizziconi are the only individuals and/or entities known by the Government to have a potential interest the Subject Properties;

WHEREAS, the Government seeks a Final Order of Forfeiture for the Government's Share, specifically, the following:

a. Any amount in excess of $143,109.38 of the value of the Cheshire Property;

b. Any amount in excess of $47,000 of the value of the Vehicle.

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Government's Share is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Government's Share.

3. The United States Customs and Border Protection (or its designee) shall take possession of the Government's Share and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
9/28, 2026

SO ORDERED:

Paul A. Engelmayer

HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE